**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **PHAKDY TOUN[1] KEUNGSAVATH,**<br><br>***Petitioner*,**<br>**v.**<br><br>**KRISTI NOEM,**<br>*Secretary of the Department of Homeland Security*;<br>**PAMELA BONDI,**<br>*Attorney General of the United States*;<br>**TODD LYONS,**<br>*Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; **and**<br>**DAVID EASTERWOOD,**<br>*Acting Director of St. Paul Field Office of U.S. Immigration and Customs Enforcement*,<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § | **EP-26-CV-00308-DCG** |

**<u>ORDER PROVISIONALLY GRANTING</u>**
**<u>MOTION FOR ADMISSION PRO HAC VICE</u>**

Attorney Alyssa Nguyen-Schmitz moves to appear *pro hac vice* on behalf of Petitioner Phakdy Toun Keungsavath in the above-captioned case.[2] Ms. Nguyen-Schmitz has already appeared *pro hac vice* in at least one other case in this District.[3]

---

[1] Petitioner's filings do not spell Petitioner's name consistently. *Contrast, e.g.*, Pet., ECF No. 1, at 1 ("Phakdy Tou<u>n</u> Keungsavath" (emphasis added)), *with Pro Hac Vice* Mot., ECF No. 14, at 1 ("Phakdy To<u>u</u> Keungsavath" (emphasis added)). Solely for the purposes of this Order, the Court will use the spelling in the case caption.

[2] *See Pro Hac Vice* Mot.

[3] *See* Text Order Granting Motion to Appear *Pro Hac Vice*, *Alvarado v. Noem*, No. 3:26-cv-00393 (W.D. Tex. Feb. 11, 2026).

The Western District of Texas's January 6, 2014 Standing Order regarding *pro hac vice* fees states that once an "attorney not admitted to the bar of this Court" has "represent[ed] a party in any matter pending before this Court," that attorney must comply with "the full and complete admissions requirements . . . set forth in Local Court Rule AT-1" if he "wishes to practice in this Court in subsequent matters."[4] "In plainer terms, once an attorney has appeared *pro hac vice* in the Western District of Texas, she must apply to become a member of the Western District of Texas's bar if she wishes to appear in another case in this District."[5]

The undersigned Judge's usual practice "when an attorney files a successive motion to appear *pro hac vice* in the Western District of Texas" is not to "deny that motion outright," but instead to "grant the motion subject to the condition that the attorney:"

(1) "applies for admission to the Court's bar by a specified date;"

(2) "pursues that application diligently;" and

(3) "pays the applicable *pro hac vice* application fee."[6]

The Court will follow its usual practice here.

The Court therefore **GRANTS** Alyssa Nguyen-Schmitz's "Motion for Admission *Pro Hac Vice*" (ECF No. 14) **IN PART**.

Ms. Nguyen-Schmitz **SHALL APPLY** for admission to practice before the U.S. District Court for the Western District of Texas on or before **March 16, 2026**.

---

[4] A copy of that Standing Order is available at https://www.txwd.uscourts.gov/wp-content/uploads/2022/12/Order-Regarding-Pro-Hac-Vice-Fees.pdf.

[5] *See, e.g.*, *Cacho v. Am. Health Plans, LLC*, No. 3:23-CV-00372, 2024 WL 3041017, at *1 (W.D. Tex. Jan. 3, 2024) (Guaderrama, J.).

[6] *See, e.g.*, *id.*

Ms. Nguyen-Schmitz **SHALL PURSUE** that application diligently until the Court either admits her to practice or denies her application.

Should Ms. Nguyen-Schmitz fail to comply with those directives, the Court shall remove her as counsel of record for Petitioner in this case.

In the meantime, Ms. Nguyen-Schmitz **MAY** represent Petitioner *pro hac vice* in this case until the Court either admits her to practice before the Western District of Texas, denies her application for admission, or removes her as counsel of record for failure to comply with this Order.

If Ms. Nguyen-Schmitz has not already done so, she **SHALL TENDER** the $100 *pro hac vice* application fee to the Clerk of Court immediately.

**So ORDERED and SIGNED this 11th day of February 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**