UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **PHAKDY TOUN[1] KEUNGSAVATH,** §<br>§<br>*Petitioner*, §<br>§<br>v. §<br>§<br>**KRISTI NOEM,** Secretary of the §<br>Department of Homeland Security; §<br>**PAMELA BONDI,** Attorney General of the §<br>United States; **TODD LYONS,** Acting §<br>Director and Senior Official Performing the §<br>Duties of the Director of U.S. Immigration §<br>and Customs Enforcement; *and* §<br>**DAVID EASTERWOOD,** Acting Director §<br>of St. Paul Field Office of U.S. Immigration §<br>and Customs Enforcement, §<br>§<br>*Respondents*. § | EP-26-CV-00308-DCG |

## ORDER FOR JOINT STATUS REPORT

On February 2, 2026, the U.S. District Court for the District of Minnesota transferred the above-captioned case to this Court.[2] From the record, it appears that Immigration and Customs Enforcement ("ICE") detained Petitioner in Minnesota, and that the instant habeas petition was filed before Petitioner was physically moved to the Western District of Texas.[3]

While this Court reviews the Petition and subsequent filings in this case, it will be helpful for the parties to address (1) the current legal and factual issues; (2) any specific timeframes this

---

[1] Petitioner's filings do not spell Petitioner's name consistently. *Contrast, e.g.*, Pet., ECF No. 1, at 1 ("Phakdy Tou<u>n</u> Keungsavath" (emphasis added)), *with* Pro Hac Vice Mot., ECF No. 14, at 1 ("Phakdy To<u>u</u> Keungsavath" (emphasis added)). Solely for the purposes of this Order, the Court will use the spelling in the case caption.

[2] *See* Order, ECF No. 10, at 4.

[3] *Id.* at 2.

Court should be aware of; (3) the next procedural steps this Court should take; and (4) any other information that will assist the Court.

The Court therefore **ORDERS** the parties to **CONFER** and **FILE** a joint status report containing that information by **February 25, 2026.**

**So ORDERED and SIGNED this 13th day of February 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**