**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **PHAKDY TOUN KEUNGSAVATH,**<br><br>***Petitioner*,**<br>**v.**<br><br>**MARKWAYNE MULLIN,**<br>*Secretary of the Department of Homeland Security*;<br>**TODD BLANCHE,**<br>*Acting Attorney General of the United States*;<br>**TODD LYONS,**<br>*Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*; **and**<br>**DAVID EASTERWOOD,**<br>*Acting Director of St. Paul Field Office of U.S. Immigration and Customs Enforcement*,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00308-DCG** |

**ORDER FOR PETITIONER TO SHOW CAUSE**
**WHY THE COURT SHOULD NOT DISMISS THIS CASE AS MOOT**

Respondents have informed the Court that the Government has removed Petitioner Phakdy Toun Keungsavath from the United States.[1] Respondents therefore contend that Petitioner's pending Petition for a Writ of Habeas Corpus—which seeks Petitioner's immediate release from the Government's custody[2]—is now moot.[3]

---

[1] *See* Resp'ts' Status Report, ECF No. 23, at 1.

All page citations in this Order refer to the page numbers assigned by the Court's CM/ECF system, rather than the cited document's internal pagination.

[2] *See* Pet., ECF No. 1, at 34.

[3] *See* Resp'ts' Status Report at 2.

The Court therefore **ORDERS** Petitioner to **SHOW CAUSE** by **May 14, 2026** why the Court should not dismiss this case as moot.[4]

**So ORDERED and SIGNED this 30th day of April 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

[4] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim for relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).